July 1, 2014



# JUDGMENT

# 𝔗𝔥𝔢 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

JESSICA BRIONES, Appellant

NO. 14-12-01125-CV          V.

BRAZOS BEND VILLA APARTMENTS, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Brazos Bend Villa Apartments, signed September 14, 2012, was heard on the transcript of the record.

We have inspected the record and find the trial court erred by ordering that appellee, Brazos Bend Villa Apartments, recover court costs and attorney's fees from appellant, Jessica Briones. We therefore order that portion of the judgment of the court below **REVERSED** and **RENDER** judgment that appellee, Brazos Bend Villa Apartments, take nothing on its request for attorney's fees and court costs.

The record further shows that we lack jurisdiction over appellant, Jessica Briones's, appeal from the portion of the judgment awarding possession of the premises to appellee, Brazos Bend Villa Apartments. We therefore order that portion of the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellee, Brazos Bend Villa Apartments.

We further order this decision certified below for observance.